_____

No. 96-1761/2447
_____

Bob Hope,                              *
                                       *
          Appellant,                   *
                                       *  Appeal from the United States
     v.                                *  District Court for the
                                       *  Eastern District of Arkansas.
United States of America,              *        [UNPUBLISHED]
                                       *
          Appellee.                    *
                              _____

          Submitted:  October 30, 1996

               Filed:  November 4, 1996
                              _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                              _____

PER CURIAM.


     In  this  consolidated  appeal,  Bob  Hope  challenges  the  district
court's[1] denial of his 28 U.S.C. § 2255 motion (No. 96-1761) and  his
motion for discovery (No. 96-2447).  Having reviewed the record and the
parties' briefs, we conclude Hope is not entitled to section 2255 relief,
and accordingly affirm the judgment in No. 96-1761.  See 8th Cir. R. 47B.
As Hope filed his discovery motion  after filing the notice of appeal in
his section 2255 action, the district court lacked jurisdiction to consider
and rule on the motion.  Thus, we dismiss appeal No. 96-2447.


     A true copy.


          Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Henry Woods, United States District Judge for
the Eastern District of Arkansas.